| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
| 4 | Amanda Seabock, Esq., SBN 289900 |
|   | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
|   | (858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
| 7 | Attorneys for Plaintiff, SHIRLEY LINDSAY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHIRLEY LINDSAY, | ) | Case No.: 2:20-cv-07148-SVW-MRW |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| PERCELL M. KEELING, in individual and representative capacity as Trustee of The Percell M. Keeling Living Trust, dated June 20, 2007; P. M. KEELING CORPORATION, a California Corporation; and Does 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: October 01, 2020     /s/ Amanda Seabock
                             Amanda Seabock
                             Attorney for Plaintiff