CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>    v.<br><br>PERCELL M. KEELING, in individual and representative capacity as Trustee of The Percell M. Keeling Living Trust, dated June 20, 2007; P. M. KEELING CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:20-cv-07148-SVW-MRW<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Shirley Lindsay, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Percell M. Keeling and P. M. Keeling Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 20, 2020    CENTER FOR DISABILITY ACCESS

                         By:   /s/ Amanda Seabock
                               Amanda Seabock
                               Attorneys for Plaintiff